UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-MJ-1132

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER FOR DISMISSAL |
| | : | |
| ANA RODRIGUEZ | : | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina, hereby dismisses the arrest warrant against the above-captioned defendant only, for the reason that she has been captured by the USMS.

Respectfully submitted this 14th day of February, 2011.

GEORGE E.B. HOLDING
United States Attorney

/s/ THOMAS B. MURPHY
THOMAS B. MURPHY
Assistant United States Attorney
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Telephone: (919) 856-4530
Fax: (919) 856-4487
Email: thomas.murphy2@usdoj.gov
NC Bar No. 12498

Leave of Court is granted for the filing of the foregoing dismissal.

LOUISE W. FLANAGAN
United States District Judge

Date: 2/17/2011